UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BORREGO SPRINGS BANK, NATIONAL ASSOCIATION, a national banking association,<br><br>    Plaintiff,<br><br>v.<br><br>CHP VENTURES, LLC, an Arizona limited liability company, dba Point X Camp; et al.,<br><br>    Defendants.<br>_____<br>D. CLAYTON HARPER, an individual; EXCEL COMMERCIAL CONSTRUCTORS, a California corporation,<br><br>    Cross-claimants,<br><br>v.<br><br>RANDY COLE, an individual; et al.,<br><br>    Cross-defendants.<br>_____ | Civil No. 07cv1832 JLS(RBB)<br><br>ORDER SETTING RULE 26 COMPLIANCE |

On December 14, 2007, the Court held a case management conference in the above-entitled action. Settlement could not be reached in the case.

The Court discussed compliance with rule 26 of the Federal Rules of Civil Procedure and issues the following orders:

1. No objections were presented to initial disclosure under Federal Rule of Civil Procedure, rule 26(a)(1)(A-D). The parties are ordered to proceed with the initial disclosure process. Any objections to initial disclosure will be resolved as required by rule 26.

2. The rule 26(f) conference shall be completed on or before January 14, 2008.

3. No discovery plan is required.

4. The initial disclosures pursuant to rule 26(a)(1)(A-D) shall occur on or before January 28, 2008.

5. A telephonic, attorneys-only settlement conference is set for December 21, 2007, at 8:30 a.m. Counsel for Plaintiff is to initiate the call.

Plaintiff's(s') counsel shall serve a copy of this order on all parties that enter this case after the date of this order.

Failure of any counsel or party to comply with this order may result in sanctions.

IT IS SO ORDERED.

DATED: December 17, 2007

RUBEN B. BROOKS
United States Magistrate Judge

cc:
Judge Sammartino
All Parties of Record